**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

GRATITUDE TRAINING, LLC

Case No.: 21-10143-PDR

Chapter 11

Debtor
_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), GRATITUDE TRAINING, LLC. (the "Debtor-in-Possession"), file this Chapter 11 Case Management Summary and state:

1. Chapter 11 filed on January 8, 2021.

2. Names, case numbers and dates of filing of related debtors: *N/A.*

3. Description of Debtor's business/employment:
   *Providing transformational leadership trainings and seminars*

4. Location(s) of Debtor's operations and whether the business premises are leased or owned:
   *3901 NE, 25th Ave.,*
   *Lighthouse Point, FL 33064-8035*

5. Reasons for filing Chapter 11*: Due to the Covid-19 pandemic, a decline in revenues as clients have cancelled subscriptions and appointments. As a result of loss in revenues, creditors requesting payment of secured loans.*

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   *Josephine Englesson (President)*

7. Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this Petition:

   *2020 to date - $550,578.00*
   *2019 - $2,639,731.00*
   *2018 - $2,865,058.00*

8. Amounts owed to various creditors:

   (a) Obligations owed to priority creditors, including priority tax obligations: *N/A.*

   (b) With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:

   *Newtek Small Business Finance, LLC – $272,837.60*

   *\*\*Collaterals are valued around*

   *U.S. Small Business Administration – $149,900.00*

   *\*\*Value of the remaining assets is*

   (c) Amount of unsecured claims:

   *Total General Unsecured Claims: $1,204,250.00*

9. General description and *approximate* value of the Debtor's assets:

   | | |
   |---|---|
   | *Cash* | *$4,416.26* |
   | *Electronics* | *$3,775.00* |
   | *A/R* | *$32,620.71* |

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    *-Acord – Workers Comp. – TWC3879700 – Expires 6/13/2021*

11. Number of employees and amounts of wages owed as of petition date: *N/A.*

12. Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of Chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): *N/A.*

13. Anticipated emergency relief to be requested within 14 days from the petition date:
    *Motion to Use Cash Collateral*
    *Motion to Value (2)*

DEBTOR:

*/s/ Josephine Englesson*
Josephine Englesson as President
of Gratitude Training, LLC.

**Van Horn Law Group, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)

By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
Florida Bar No. 0064500
Email:Chad@cvhlawgroup.com