**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                            Case No. 21-10143-PDR

GRATITUDE TRAINING, LLC                                      Chapter 11

      Debtor-in-Possession,
_____/

**DEBTOR'S RESPONSE TO CLERK'S**
**NOTICE OF INCOMPLETE FILINGS DUE (DE 16)**

GRATITUDE TRAINING, LLC (the "Debtor") by and through its undersigned counsel, files this *Response's to Clerk's Notice of Incomplete Filings Due* (DE 16), and in support thereof, states as follows.

1. The Debtor filed for bankruptcy pursuant to 11 U.S.C. Chapter 11 on January 8, 2021 (DE 1).

2. On January 11, 2021, the Bankruptcy Clerk filed a *Notice of Incomplete Filings Due* (the "Notice") (DE 16).

3. The Notice stated that the Statement of Financial Affairs had not been filed with the Voluntary Petition.

4. The Statement of Financial Affairs was included with the Voluntary Petition (see pages 337 through 345 of Docket Entry 1).

5. The Notice further stated that the Chapter 11 Case Management Summary (the "Case Management Summary") needed to be filed on the earlier of three (3) business days after the petition date, or one business day before the first scheduled hearing on any motion.

6. The Case Management Summary was filed on the petition date of January 8, 2021 (see Docket Entry 8).

**WHEREFORE,** the Debtor is compliant with the filing requirements stated in the Clerk's Notice.

Dated:  January 13, 2021

        **VAN HORN LAW GROUP, P.A.**
        330 N Andrews Ave., Suite 450
        Fort Lauderdale, FL 33301
        Telephone: (954) 765-3166
        Facsimile: (954) 756-7103
        Email: Chad@cvhlawgroup.com

        By: /s/  **Chad Van Horn, Esq.**
        Chad Van Horn, Esq.
        Florida Bar No. 64500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to the following parties in the manner so stated this 13th day of January 2021.

### VIA CM/ECF

| | |
|---|---|
| Office of the U.S. Trustee | USTPRegion21.mm.ecf@usdoj.gov |
| Howard S. Toland, Esq. | htoland@mitrani.com. |

### VIA U.S. MAIL

See attached Master Service List

Dated:  January 13, 2021

        **VAN HORN LAW GROUP, P.A.**
        330 N Andrews Ave., Suite 450
        Fort Lauderdale, FL 33301
        Telephone: (954) 765-3166
        Facsimile: (954) 756-7103
        Email: Chad@cvhlawgroup.com

        By: /s/  **Chad Van Horn, Esq.**
        Chad Van Horn, Esq.
        Florida Bar No. 64500

| | | |
|---|---|---|
| Gratitude Training LLC 21-10143<br>Master Service List 1/12/2021 | Stripe.com<br>510 Townsend Street<br>San Francisco CA 94103-4918 | Florida Department of Revenue<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | SVAP Pompano Citi Centre LP<br>302 Datura St Ste 100<br>West Palm Beach FL 33401-5402 | Gratitude Training LLC<br>3901 NE 25th Avenue<br>Lighthouse Point FL 33064 |
| AmTrust North America<br>800 Superior Avenue E<br>Cleveland OH 44114-2613 | TD Bank NA<br>PO Box 84037<br>Columbus GA 31905-4037 | Office of the US Trustee<br>51 SW First Avenue, Room 1204<br>Miami FL 33130 |
| Clifford Jacquess<br>4474 Forests Trail<br>Evergreen CO 80439-5812 | Tiona Peeler<br>428 Breezewood Drive<br>Charlotte NC 28262-1456 | Chad Van Horn, Esq.<br>Van Horn Law Group, P.A.<br>330 N. Andrews Avenue #450<br>Ft. Lauderdale, FL 33301 |
| Ford Motor Company<br>1 American Road<br>Dearborn MI 48126-2701 | US Small Business Administration<br>South Florida District Office<br>51 SW 1st Ave., Suite 201<br>Miami, FL 33103 | West Palm Realty Associates<br>PO Box 1026<br>Melville NY 11747-0026 |
| Guillermo Loen<br>13976 SW 42nd Street<br>Davie FL 33330-5733 | Attorney General<br>U.S. Attorney's Office<br>99 NE 4th Street<br>Miami, FL 33132 | Newtek Small Business Finance<br>c/o Howard S. Toland, Esq.<br>1200 Weston Rd Penthouse<br>Weston FL 33326-1987 |
| Newtek Small Business Finance LLC<br>1981 Marcus Avenue Ste 130<br>New Hyde Park NY 11042-2060 | Administrator<br>Small Business Administration<br>409 3rd Street, SW<br>Washington DC 20416 | Margie Ann Zawistowski<br>9225 SW 18th Road<br>Boca Raton FL 33428-2010 |
| PNC National Association<br>2730 Liberty Avenue<br>Pittsburgh PA 15222-4704 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19914 | Michael Sochko<br>233 Beverly Road<br>West Palm Beach FL 33406-4729 |
| Pure Health Solutions Inc.<br>PO Box 5066<br>Hartford CT 06102-5066 | IRS - Insolvency Unit<br>7850 SW 6th Court<br>Mail Stop 5730<br>Plantation FL 33324 | Summer Zawitoswski<br>9225 SW 18th Road<br>Boca Raton FL 33428-2010 |

Anna Katerina Tischenko
7103 SW 92nd Street
Pinecrest FL 33156-1616


Ernesto Almanza
50 Minorca Ave Apt 1803
Coral Gables FL 33134-4574


Jose Ortiz
1565 SW Flagami Road
Port Saint Lucie FL 34953-4343