UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                  Case No. 21-10143-PDR

GRATITUDE TRAINING, LLC                                          Chapter 11

     Debtor-in-Possession,
_____/

**DEBTOR'S VERIFIED MOTION TO DISMISS BANKRUPTCY CASE**

     GRATITUDE TRAINING, LLC ("Debtor"), by and through undersigned counsel, hereby files this *Verified Motion to Dismiss Bankruptcy Case*, and in support thereof states as follows:

     1.     Debtor filed for voluntary relief under Chapter 11 of the Bankruptcy Code on January 8, 2021.

     2.     Debtor is in the business of providing transformational leadership trainings and seminars.

     3.     Due to the ongoing COVID-19 pandemic, Debtor was forced to cease conducting trainings in-person at large convention centers, resulting in a drastic decrease to Debtor's revenues.

     4.     Anticipating that the pandemic will continue to last for the foreseeable future, Debtor had begun evolving and adapting its business model into a largely virtual platform.

     5.     Sales, and as a result, revenues, have not increased as Debtor would have anticipated or hoped during the adaptation period in comparison to the amount of time and effort required to completely adopt a new business model and build out an online platform.

     6.     For these reasons, Debtor's Principal has opted to wind-down business operations and close the company.

     7.     Debtor asserts that conversion of this case to one under Chapter 7 of the Bankruptcy



Code is not more beneficial to Creditors than dismissal because of the limited assets available for liquidation.

**WHEREFORE**, Debtor respectfully requests this Court enter an Order dismissing its Chapter 11 Bankruptcy Case.

Dated: March 16, 2021

                    VAN HORN LAW GROUP, P.A.
                    330 N Andrews Ave., Suite 450
                    Fort Lauderdale, FL 33301
                    Telephone: (954) 765-3166
                    Facsimile: (954) 756-7103
                    Email: Chad@cvhlawgroup.com

By: /s/ Chad Van Horn, Esq.
     Chad Van Horn, Esq.
     Florida Bar No. 64500

## VERIFICATION

The undersigned, Josephine Englesson, upon oath, states that he has read the foregoing *Debtor's Verified Motion to Dismiss Bankruptcy Case* and further states that the facts and circumstances set forth therein are true and correct.

Dated: March 16, 2021

                    GRATITUDE TRAINING, LLC

By: *Josephine Englesson*
     Josephine Englesson
     Its: President