

**ORDERED in the Southern District of Florida on April 19, 2021.**



                **Peter D. Russin, Judge**
                **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

IN RE:                                                                 Case No. 21-10143-PDR

GRATITUDE TRAINING, LLC                     Chapter 11

    Debtor-in-Possession,
_____/

**ORDER GRANTING
DEBTOR'S VERIFIED MOTION TO DISMISS CHAPTER 11 CASE (DE 73)**

      **THIS MATTER** came before the Court on Thursday, April 8, 2021, at 10:00 a.m. upon Gratitude Training, LLC's *Verified Motion to Dismiss Chapter 11 Case* (DE 73) (the "Motion"). The Court, having reviewed the Motion and for the reasons stated on record, finds that good cause exists to grant the Motion.

      **IT IS THEREFORE ORDERED:**

      1.      The Motion is **GRANTED**.

      2.      All pending motions are **DENIED AS MOOT.**

3. The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within fourteen (14) days of the entry of this Order and simultaneously provide to the United States Trustee and file with the Bankruptcy Court all monthly operating reports.

4. Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within fourteen (14) days of the entry of this Order.

# # #

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F).*